## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN M. ROTHERHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 8:09CV94 |
| CHILDREN'S HOSPITAL & MEDICAL ) | |
| CENTER, a Nebraska Nonprofit ) | ORDER OF DISMISSAL |
| Corporation, f/k/a Children's Hospital, ) | |
| and BARBARA K. PETERSEN, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the parties' written Stipulation for Dismissal (Filing No. 27), this case is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41, each party to bear their own costs and attorney fees.

**DATED December 28, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**